# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **FORT WORTH AVENUE PLAZA, LLC,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:24-cv-00205-E |
| § | |
| **ATLANTIC CASUALTY INSURANCE** § | |
| **COMPANY,** § | |
| § | |
| *Defendant*. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT COURT:

Plaintiff Fort Worth Avenue Plaza, LLC (Fort Worth Avenue Plaza) and Defendant Atlantic Casualty Insurance Company (Atlantic Casualty) file this Joint Stipulation of Dismissal with Prejudice as follows:

Fort Worth Avenue Plaza and Atlantic Casualty stipulate to the dismissal of all claims asserted in this lawsuit by and between Fort Worth Avenue Plaza and Atlantic Casualty, with prejudice to the re-filing of same. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit by and between Fort Worth Avenue Plaza and Atlantic Casualty shall be dismissed with prejudice to the re-filing of same.

For these reasons, pray that the Court dismiss this action with prejudice.

Respectfully submitted,

 */s/ Vincent P. Circelli (w/permission)*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com

       D<small>UGAS</small> & C<small>IRCELLI</small>, PLLC
       1701 River Run, Suite 703
       Fort Worth, Texas 76107
       Telephone: (817) 945-3061
       Facsimile: (682) 219-0761

       **ATTORNEYS FOR PLAINTIFF**

       S<small>AVRICK</small>, S<small>CHUMANN</small>, J<small>OHNSON</small>, M<small>C</small>G<small>ARR</small>,
        K<small>AMINSKI</small> & S<small>HIRLEY</small>, LLP

       */s/ Camille Johnson*
       Camille Johnson
       State Bar No. 10686600
       4621 Ross Avenue, Suite 300
       Dallas, Texas 75204
       Tel: (214) 368-1515
       Fax: (214) 292-9647
       camille@ssjmlaw.com

       Jessica Marcoux Hall
       State Bar No. 24046348
       The Overlook at Gaines Ranch
       4330 Gaines Ranch Loop, Suite 150
       Austin, Texas 78735
       Phone: (512) 347-1604
       Fax: (512) 347-1676
       jessica@ssjmlaw.com

       **COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record:

Vincent P. Circelli
Preston J. Dugas III
DUGAS & CIRCELLI, PLLC
1701 River Run, Suite 703
Fort Worth, Texas 76107

**COUNSEL FOR PLAINTIFF**

                                                      */s/ Camille Johnson*
                                                      Camille Johnson